UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABIHOLLAH NAJAFIANASHRAFI,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>Defendants. | No. 1:24-cv-00336-KES-BAM<br><br>ORDER SETTING DEADLING FOR PLAINTIFF TO PAY FILING FEE ON OR BEFORE SEPTEMBER 24, 2024 |

Plaintiff Zabihollah Najafianashrafi ("Plaintiff"), proceeding pro se, seeks adjudication of his petition for adjustment of status to permanent residence (Form I-485). (Doc. 1.) Plaintiff initiated this action on March 21, 2024. (*Id*.) On the same day, Plaintiff filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. (Doc. 2.) On March 29, 2024, the undersigned issued findings and recommendations finding that Plaintiff had not made the showing required under Section 1915 that he was unable to pay the required fees for this action and recommending that Plaintiff be required to file the $405.00 filing fee in full to proceed with the action. (Doc. 4.) On August 23, 2024, District Judge Sheriff issued an order adopting the findings and recommendations, denying Plaintiff's application to proceed in forma pauperis and ordering Plaintiff to pay the $405.00 filing fee in full to proceed with the action. (Doc. 7.)

///

///

1

To ensure that the case proceeds efficiently, the Court DIRECTS Plaintiff to pay the $405.00 filing fee in full to proceed with this action **on or before September 24, 2024.** The failure to comply with this order may result in a recommendation to dismiss this action without prejudice. No extension of time will be granted without a showing of good cause.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                             /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

2